1  MARK R. CONRAD (CA Bar No. 255667)
   WARREN METLITZKY (CA Bar No. 220758)
2  JESSICA LANIER (CA Bar. No. 303395)
3  **CONRAD METLITZKY KANE LLP**
   217 Leidesdorff Street
4  San Francisco, CA 94111
   Tel:   (415) 343-7100
5  Fax:   (415) 343-7101
   Email: mconrad@conmetkane.com
6  Email: wmetlitzky@conmetkane.com
7  Email: jlaner@conmetkane.com

8  JAMES D. WEINBERGER (admitted *pro hac vice*)
   PARER C. EUDY (admitted *pro hac vice*)
9  **FROSS ZELNICK LEHRMAN & ZISSU, P.C.**
10 151 West 42nd Street, 17th Floor
   New York, NY 10036
11 Tel: (212) 813-5900
   Fax: (212) 813-5901
12 Email:  jweinberger@fzlz.com
   Email:  peudy@fzlz.com
13

14 *Attorneys for Plaintiffs*

15 [Defense counsel information on following page]

16                **UNITED STATES DISTRICT COURT**

17                **NORTHERN DISTRICT OF CALIFORNIA**

18                **SAN JOSE DIVISION**
19

20 SAGE GLOBAL SERVICES LIMITED;
   SAGE SOFTWARE, INC.,
21
                *Plaintiffs*,
22                                              Case No. 5:23-CV-04534-BLF
        v.
23
                                                **JOINT STIPULATION SETTING**
24 4TH PARADIGM (BEIJING)                       **CASE MANAGEMENT DEADLINES**
   TECHNOLOGY CO., LTD.,
25
                *Defendant*.
26

27

28

1  DIANA M. RUTOWSKI (STATE BAR NO. 238878)
   drutowski@orrick.com
2  **ORRICK, HERRINGTON & SUTCLIFFE LLP**
3  1000 Marsh Road
   Menlo Park, CA 94025-1015
4  Telephone: +1 650 614 7400
   Facsimile:    +1 650 614 7401
5

6  XIANG WANG (NY STATE BAR NO. 4311114)
   Appearance Pro Hac Vice
7  xiangwang@orrick.com
   **ORRICK, HERRINGTON & SUTCLIFFE LLP**
8  5701 China World Tower A
   No.1 Jianguomenwai Avenue
9  Beijing 100004
   People's Republic of China
10 Telephone: +86 10 8595 5600
   Facsimile:    +86 10 8595 5700
11

12 LINDSAY MICHELLE RINDSKOPF (NY STATE BAR
   NO. 5766985)
13 Appearance Pro Hac Vice
   lrindskopf@orrick.com
14 **ORRICK, HERRINGTON & SUTCLIFFE LLP**
15 51 West 52nd Street
   New York, NY 10019-6142
16 Telephone: +1 212 506 5000
   Facsimile:    +1 212 506 5151
17

18 *Attorneys for Defendant*

19        Pursuant to the Court's Case Management Order, issued November 8, 2024 (ECF No.

20 46), Plaintiffs Sage Global Services Limited and Sage Software, Inc. ("Plaintiffs") and

21 Defendant 4th Paradigm (Beijing) Technology Co., Ltd. ("Defendant"), having conferred

22 through their respective counsel of record, hereby respectfully submit this JOINT

23 STIPULATION SETTING CASE MANAGEMENT DEADLINES.

24 **I.      Background**

25        In this case, Plaintiffs assert claims for trademark infringement and unfair competition

26 under the federal Lanham Act and for unfair competition under California law. On June 13,

27 2024, Defendant filed a motion to dismiss for lack of personal jurisdiction (ECF No. 32,

28

hereinafter, the "Motion"). On November 8, 2024, after the Motion was fully briefed, the Court held a hearing on the Motion. (*See* ECF No. 42.) At the hearing, the Court granted the Motion without prejudice, but granted Plaintiffs' request to conduct discovery focused on personal jurisdiction and afforded time for Plaintiffs to seek leave to amend the complaint after conducting limited jurisdictional discovery.

On November 8, 2024, the Court entered a Case Management Order (ECF No. 46), which set the following deadlines:

| EVENT | DATE OR DEADLINE |
|---|---|
| Last Day to Request Leave to Amend the Pleadings per F. R. Civ. P. 15 | 60 Days from Date of this Order (January 7, 2025) |
| Last Day to Hear Dispositive Motions | April 23, 2026 |
| Final Pretrial Conference | July 9, 2026 |
| Trial | August 10, 2026 |

In the Case Management Order, the Court also ordered the parties to "meet, confer, and submit a stipulation and order setting all deadlines not set by the Court [ ], including discovery cut-offs and expert disclosure deadlines," by November 20, 2024.

The parties met and conferred by email and November 15, 2024 and have agreed on the deadlines set forth herein. These deadlines include the same deadlines provided for in the Court's Case Management Order, except that the parties agree upon and propose for Court approval a later deadline to meet and confer to reach agreement on ADR process and a later deadline to request leave to amend pleadings and add parties. The parties agree that, subject to the Court's approval, these deadlines should occur after the anticipated conclusion of jurisdictional discovery and the filing of an amended complaint with additional jurisdictional allegations.

**II.     Proposed Schedule**

The parties jointly propose the following schedule for discovery, dispositive motions, and trial:

**Fourteen Days After the Filing of An Amended Complaint with Additional Jurisdictional Allegations (if any)::** Initial disclosures due.

**April 4, 2025:** Deadline to meet and confer to reach agreement on ADR process and either (1) file the form entitled "Stipulation and (Proposed) Order Selecting ADR Process" if an agreement is reached, or (2) file the form entitled "Notice of Need of ADR Phone Conference

**April 22, 2025:** Last day to request leave to amend pleadings (other than jurisdictional amendments which are the subject of a separate order) and add parties

**November 7, 2025:** Close of Fact Discovery

**January 16, 2026:** Close of Expert Discovery

**April 23, 2026:** Last Day to Hear Dispositive Motions

**July 9, 2026:** Final Pretrial Conference

**August 10, 2026:** Trial

Therefore, the parties **STIPULATE AND AGREE**, subject to approval of this Court, to the deadlines to complete discovery and dispositive motions, as set forth above and in the proposed order.

Respectfully submitted,

Dated: November 20, 2024          CONRAD METLITZKY KANE LLP
                                  FROSS ZELNICK LEHRMAN & ZISSU, P.C.


                                  By: /s/ James D. Weinberger
                                          James D. Weinberger

                                  *Attorneys for Plaintiffs*

Dated: November 20, 2024          ORRICK, HERRINGTON & SUTCLIFFE LLP


                                  By: /s/ Diana M. Rutowski
                                          Diana M. Rutowski

                                  *Attorneys for Defendant*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, James D. Weinberger hereby attests that concurrence in the filing of this document has been obtained.

Dated: November 20, 2024                              /s/ James D. Weinberger
                                                                      James D. Weinberger