| | |
|---|---|
| 1 | JAMES D. WEINBERGER (admitted *pro hac vice*) |
| | PARKER EUDY (admitted *pro hac vice*) |
| 2 | **FROSS ZELNICK LEHRMAN & ZISSU, P.C.** |
| | 151 West 42nd street, 17th floor |
| 3 | New York, NY 10036 |
| | Telephone: (212) 813-5900 |
| 4 | Facsimile: (212) 813-5901 |
| | Email: jweinberger@fzlz.com |
| 5 | Email: peudy@fzlz.com |
| 6 | MARK R. CONRAD (CA Bar No. 255667) |
| | JESSICA LANIER (CA Bar No. 303395) |
| 7 | **CONRAD | METLITZKY | KANE LLP** |
| | 217 Leidesdorff Street |
| 8 | San Francisco, CA 94111 |
| | Telephone: (415) 343-7100 |
| 9 | Facsimile: (415) 343-7101 |
| | Email: mconrad@conmetkane.com |
| 10 | Email: jlanier@conmetkane.com |

*Attorneys for Plaintiffs Sage Global Services Limited; Sage Software, Inc.*

*[Defense counsel information on following page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGE GLOBAL SERVICES LIMITED; SAGE SOFTWARE, INC., | Case No. 5:23-cv-4534-BLF |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE: BRIEFING ON MOTION TO DISMISS** |
| v. | Trial Date: August 10, 2026 |
| 4TH PARADIGM (BEIJING) TECHNOLOGY CO., LTD., | Judge: Hon. Beth Labson Freeman |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING ON MOTION TO DISMISS

1  DIANA M. RUTOWSKI (STATE BAR NO. 238878)
   drutowski@orrick.com
2  **ORRICK, HERRINGTON & SUTCLIFFE LLP**
   1000 Marsh Road
3  Menlo Park, CA 94025-1015
   Telephone: +1 650 614 7400
4  Facsimile:    +1 650 614 7401

5  XIANG WANG (NY STATE BAR NO. 4311114)
   Appearance Pro Hac Vice
6  xiangwang@orrick.com
   **ORRICK, HERRINGTON & SUTCLIFFE LLP**
7  5701 China World Tower A
   No.1 Jianguomenwai Avenue
8  Beijing 100004
   People's Republic of China
9  Telephone: +86 10 8595 5600
   Facsimile:    +86 10 8595 5700

10

11 LINDSAY MICHELLE RINDSKOPF (NY STATE BAR
   NO. 5766985)
   Appearance Pro Hac Vice
12 lrindskopf@orrick.com
   **ORRICK, HERRINGTON & SUTCLIFFE LLP**
13 51 West 52nd Street
   New York, NY 10019-6142
14 Telephone: +1 212 506 5000
   Facsimile:    +1 212 506 5151

15
   *Attorneys for Defendant*
16

17       **TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL**

18 **OF RECORD:**

19       Plaintiffs Sage Global Services Limited and Sage Software, Inc. ("Plaintiffs") and

20 Defendant 4th Paradigm (Beijing) Technology Co., Ltd. ("Defendant") (collectively, the

21 "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

22    1. Defendant on April 3, 2025 filed a motion to dismiss the First Amended Complaint (Dkt.

23       No. 58) for lack of personal jurisdiction (Dkt. No. 61, the "Motion to Dismiss"), with an

24       oral argument date of May 29, 2025.

25    2. Plaintiffs seek an extended briefing schedule that allows more time for their opposition

26       brief and allows Defendant a reciprocal extension for its reply brief.

27    3. Defendant agrees to stipulate to an extended briefing schedule only on the condition that it

28       will not require adjourning or otherwise postponing the May 29, 2025 oral argument date.

4. Plaintiffs submit that the facts recited herein constitute good cause for the stipulated extension, and Defendant does not oppose.

5. Thus, the Parties hereby stipulate on the condition that there will be no adjournment or postponement of the May 29, 2025 oral argument date set for Defendant's Motion to Dismiss (Dkt. No. 61), and subject to the approval of the Court, as follows:

- Plaintiffs' deadline to file their opposition to the Motion to Dismiss is April 28, 2025.
- Defendant's deadline to file its reply in further support of the Motion to Dismiss is May 13, 2025.

6. This revised briefing schedule ensures that the final reply brief will be filed more than 14 days before the scheduled oral argument.

This Stipulation is supported by the Civil Local Rule 6-2(a) Declaration of James D. Weinberger pursuant to submitted herewith.

**IT IS SO STIPULATED.**

Dated: April 9, 2025                    FROSS ZELNICK LEHRMAN & ZISSU, P.C.

                                        By:  /s/ James D. Weinberger
                                                JAMES D. WEINBERGER

                                        *Attorneys for Plaintiffs Sage Global Services Limited; Sage Software, Inc.*

Dated: April 9, 2025                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                        By   /s/ Diana M. Rutowski
                                                DIANA M. RUTOWSKI

                                        *Attorneys for Defendant 4th Paradigm (Beijing) Technology Co., Ltd.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April __, 2025                   _____
                                        Hon. Beth Labson Freeman
                                        United States District Judge

## CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I hereby attest that each of the other signatories hereto concur in the filing of this document.

Dated: April 9, 2025　　　　　　　FROSS ZELNICK LEHRMAN & ZISSU, P.C.

　　　　　　　　　　　　　　　　　By:　/s/ James D. Weinberger
　　　　　　　　　　　　　　　　　　　　　JAMES D. WEINBERGER

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Sage Global Services Limited; Sage Software, Inc.*

JAMES D. WEINBERGER (admitted *pro hac vice*)
PARKER EUDY (admitted *pro hac vice*)
**FROSS ZELNICK LEHRMAN & ZISSU, P.C.**
151 West 42nd street, 17th floor
New York, NY 10036
Telephone: (212) 813-5900
Facsimile: (212) 813-5901
Email: jweinberger@fzlz.com
Email: peudy@fzlz.com

MARK R. CONRAD (CA Bar No. 255667)
JESSICA LANIER (CA Bar No. 303395)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
Email: mconrad@conmetkane.com
Email: jlanier@conmetkane.com

*Attorneys for Plaintiffs Sage Global Services Limited; Sage Software, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGE GLOBAL SERVICES LIMITED; SAGE SOFTWARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> 4TH PARADIGM (BEIJING) TECHNOLOGY CO., LTD., <br><br> Defendant. | Case No. 5:23-cv-4534-BLF <br><br> **DECLARATION OF JAMES D. WEINBERGER IN SUPPORT OF STIPULATION RE: BRIEFING ON MOTION TO DISMISS** <br><br> **[Civil Local Rule 6-2(a)]** <br><br> Trial Date: August 10, 2026 <br> Judge: Hon. Beth Labson Freeman |

I, JAMES D. WEINBERGER, declare as follows:

1. I am a partner at the law firm of Fross Zelnick Lehrman & Zissu, P.C., lead counsel for Plaintiffs Sage Global Services Limited and Sage Software, Inc. ("Plaintiffs"). I have been admitted *pro hac vice* in this action. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto. I submit this

declaration pursuant to Civil Local Rule 6-2(a), in support of the parties' stipulated request to extend the briefing schedule on Defendant 4th Paradigm (Beijing) Technology Co., Ltd.'s ("Defendant") motion to dismiss.

2. Defendant on April 3, 2025 filed a motion to dismiss the First Amended Complaint (Dkt. No. 58) for lack of personal jurisdiction (Dkt. No. 61, the "Motion to Dismiss"), with an oral argument date of May 29, 2025.

3. Plaintiffs seek an extended briefing schedule that allows more time for their opposition brief and allows Defendant a reciprocal extension for its reply brief, and defendant has agreed to stipulate to an extended briefing schedule only on the condition that it will not require adjourning or otherwise postponing the May 29, 2025 oral argument date. Accordingly, the parties have agreed that, subject to the approval of the Court, Plaintiffs' deadline to file their opposition to the Motion to Dismiss will be April 28, 2025 and Defendant's deadline to file its reply in further support of the Motion to Dismiss will be May 13, 2025 (more than 14 days before the scheduled oral argument).

4. There have been no prior extensions of the briefing schedule on the Motion to Dismiss and the requested extension will have no effect on the schedule for the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of April, 2025 in New York, New York.

               */s/ James D. Weinberger*
                James D. Weinberger